## DALE VOGEL V. THE STATE.

No. 22588. Delivered June 16, 1943.

The opinion states the case.

*Darroch & McCartney,* of Brownwood, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault, and by the jury assessed a term of five years in the penitentiary.

There is no statement of facts found in the record.

All requested instructions presented by appellant were by the court refused. In the absence of a statement of facts, we are unable to say whether such instructions were called for by the proven facts in such cause.

Finding no error presented herein, the judgment is affirmed.